| PROB 22 (MD/PA 6/2013) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0314 1:12CR00325-007 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00072-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Pennsylvania | Harrisburg |
| Teresa Lynn Brimhall<br>888 Idlewood Drive<br>Madison, Tennessee | NAME OF SENTENCING JUDGE | |
| | The Honorable William W. Caldwell | |
| | DATES OF SUPERVISED RELEASE | FROM: February 7, 2014 — TO: February 6, 2017 |

OFFENSE

Criminal Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of Title 18 U.S.C. Section 1349

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Pennsylvania_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Middle District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_4/17/14_  _William W. Caldwell_
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Tennessee_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4-23-14_  _[signature]_
Effective Date — United States District Judge