UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:14-00072 |
| | ) | JUDGE KEVIN H. SHARP |
| TERESA LYNN BRIMHALL | ) | |

### O R D E R

The Defendant, Teresa Lynn Brimhall, shall appear before the Court on **Friday, October 3, 2014, at 10:30 a.m.** to show cause why her supervised release should not be revoked for his failure to abide by the conditions of supervision.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE