UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:14-00072 |
| v. | ) | Judge Sharp |
| | ) | |
| | ) | |
| TERESA LYNN BRIMHALL | ) | |

AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that:

1) In lieu of the revocation hearing scheduled on October 3, 2014, at 10:30 a.m., Ms. Brimhall shall enter the Diersen Charities Residential Halfway House program as soon as a bed is available.

2) Ms. Brimhall shall remain at Diersen for at least six months, but up to nine months depending on her progress. Counsel shall file a report to update the Court, U.S. Government, and U.S. Probation Office prior to the six month mark and will request a status hearing to determine the need for further participation at Diersen Charities.

3) All previous conditions of supervision remain in effect.

IT IS SO ORDERED.

ENTERED this _____, 2014.

_____
KEVIN H. SHARP
Judge, United States District Court

APPROVED FOR ENTRY:

*s/ Dumaka Shabazz*
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Attorney for Teresa Brimhall


*s/ Byron Jones*
Byron Jones
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government