UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-00072 |
| v. | ) | Chief Judge Sharp |
| | ) | |
| TERESA LYNN BRIMHALL | ) | |

## AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that:

1. Teresa Brimhall be transported from Warren County Jail on October 16, 2014, to the U.S. Marshal's lock up and be released at 9 a.m. the same date. Upon release, Ms. Brimhall is to meet with U.S. Probation Officer Amanda Michele.

2. Ms. Brimhall will be transported by Attorney Dumaka Shabazz, or another employee of the Federal Defender's Office, to Concentra at 315 14th Avenue North, Nashville, Tennessee, 37203, where a physical shall be administered.

3. Ms. Brimhall shall enter Diersen Charities on October 16, 2014 (Diersen Charities, Inc. letter attached). She shall remain at Diersen for at least six months, but up to nine months, depending on her progress. Counsel shall file a report to update the Court, U.S. Government, and U.S. Probation Office prior to the six month mark and will request a status hearing to determine the need for further participation at Diersen Charities.

4. All previous conditions of supervision remain in effect.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2014.

_____
KEVIN H. SHARP
Chief Judge, United States District Court

APPROVED FOR ENTRY:

*s/ Dumaka Shabazz*
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
Attorney for Teresa Brimhall


*s/ Byron Jones*
Byron Jones
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government